## *Ex parte* SPURLOCK.

No. 3889.   Opinion Filed June 11, 1912.

(124 Pac. 983.)

**FORMER DECISION CONTROLLING.**  Same as that in **Ex parte Tom Anderson,** ante, 124 Pac. 980.

- (Syllabus by the Court.)

Original application by Lee Spurlock for writ of *habeas corpus.*  Denied.

*Kistler, McAdams & Haskell,* for petitioner.

*Smith C. Matson,* Asst. Atty. Gen., opposed.

WILLIAMS, J.   The facts in this case are identical with those in *Ex parte Tom Anderson, ante,* 124 Pac. 980. Under the authority of that case the petition is denied.

TURNER, C. J., and HAYES, KANE, and DUNN, JJ., concur.